NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone: (415) 977-8928
        Facsimile: (415) 744-0134
        Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN RODRIGUEZ, | No. 5:19-cv-00667-JEM |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

1     The Court having approved the parties' Stipulation to Voluntary Remand

2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3 ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT

4 IS HEREBY ORDERED, ADJUDGED AND DECREED that the above

5 captioned action is remanded to the Commissioner of Social Security for further

6 proceedings consistent with the terms of the Stipulation to Remand.

7 DATED: 2|6|20 20

8                                    HON. JOHN E. MCDERMOTT

9                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1